

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00334-CV

Erika Nalleli **QUIROZ**,
Appellant

v.

**STEINER PROPERTY SOLUTIONS, LLC** and Jill Morrison,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00248
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:  Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: October 12, 2022

DISMISSED FOR WANT OF PROSECUTION

In this appeal of the trial court's judgment from May 10, 2022, Appellant's brief was initially due on August 8, 2022. We ordered Appellant to file the brief and show cause in writing not later than September 1, 2022, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). We warned Appellant that if she failed to respond as ordered, this appeal would be dismissed without further notice.

To date, Appellant has not filed a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM